

**district court of the United States**

**NOTICE OF REMOVAL**

CV 10 1168

| | | |
|---|---|---|
| **Jesus: Berrios– By Special Appearance, Sovereign Man, Sui juris** | ) | **Removal of Case number: CLJ 486903** |
| **Real injured party, Secured Party Creditor Re: JESUS BERRIOS (Stramineus homo) Third Plaintiff,** | ) | **From: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO This case is hereinafter entered into: district court of the United States** |
| **v.** | ) | **Case No. ____________** |
| **INVESTMENT RETRIEVERS, INC.** | ) | |
| **Third Party Defendant ,** | ) | **IN ADMIRALTY** |

Notice is hereby given to all Plaintiffs, CLERK OF THE COURT OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, 400 COUNTY CENTER ROAD, REDWOOD CITY, that as of 03/19/2010 Case Number CLJ 486903 no longer be in the jurisdiction and or possession of SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO but will instead be handled in district court of the United States at the location of Phillip Burton United States Courthouse, 450 Golden Gate Avenue San Francisco, California State.

The purpose of this Notice of Removal is for the case to be herd lawfully, under substantive evidence through Negative Averment, In Admiralty, under the Federal Rules of Civil Procedures, Supplemental Rules of Admiralty and for the removal of wrongful jurisdiction, status, venue, cause of action and proof of claim. Plaintiff was not afforded the right as Authorized Representative and Secured Party Creditor, to protect his U.C.C. 1 interest in the debtor: JESUS BERRIOS and the Debtor pledged assets to the Secured Party Creditor. Jesus Berrios has FULL power of attorney to handle all affairs of JESUS BERRIOS. "Diversity of citizenship" is complete since no plaintiff may be a citizen of the same state as any defendant. I, JESUS BERRIOS a real sovereign man, have my citizenship to the De jure California Republic as an American National and not the De facto Federal State of California. I am not a person/Ens Legis Trust/WHFIT(Widely Held Fixed Interest Trust and/or federal employee under the 14th amendment. My Act of State through the use of the Hague Convention of 1961 is filed with the Secretary of State and my Apostille number # 699210 assigned on 07/08/2009 (See Exhibit A). Therefore, I, Jesus Berrios do not have the same citizenship as the original Defendant. This case is a case of Admiralty, Simple contract and International Commercial Contract under U.C.C.

against a Foreign Sovereign Free Man and as such, is out of the jurisdiction of the SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO.

I swear under penalty of perjury that this is affidavit of fact is true to the best of my knowledge.

Jesus: Berrios

DEBTOR: JESUS BERRIOS

Sovereign Private Man,
Secured Party Creditor,
Authorized Representative,
Real party in interest,
Real injured Party acting as authorized representative on behalf of Debtors: JESUS BERRIOS

DEBTOR: JESUS BERRIOS

Sworn and Scribed before me on this 19th day of MARCH, 2010

Notary Public

Commission Expires

State of California
County of San Mateo } ss.

Subscribed and sworn to or affirmed before me on this March 19 2010 BY: Jesus Berrios

Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY PUBLIC

JASON POON
Commission # 1750709
Notary Public - California
San Mateo County
My Comm. Expires Jul 10, 2011



# SECRETARY OF STATE

***Requested for use in United Kingdom of Great Britain.***
***Not for use within the United States of America.***
The purpose of the Apostille is to certify the authenticity of the signature of the official signing the document, the capacity in which the official signing the document has acted, and, where appropriate, the identity of the seal or stamp.

## *APOSTILLE*

*(Convention de La Haye du 5 octobre 1961)*

1. *Country: United States of America*
   *This public document*

2. *has been signed by Warren Slocum*

3. *acting in the capacity of Assessor-County Clerk-Recorder, County of San Mateo, State of California*

4. *bears the seal/stamp of the County of San Mateo, State of California*

***CERTIFIED***

5. *At San Francisco,California*

6. *the 8th day of July 2009*

7. *by Deputy Secretary of State, State of California*

8. *No. 699210*

9. *Seal/Stamp:*

10. *Signature*

Debra Bowen
Secretary of State

BY ______________

NP-24 A (REV. 1-07)

OSP 06 99602



# Warren Slocum

Chief Elections Officer & Assessor-County Clerk-Recorder

555 County Center
Redwood City, CA 94063
phone 650-363-4500
fax 650-599-7458
web www.smcare.org

STATE OF CALIFORNIA
SS
COUNTY OF SAN MATEO

I, WARREN SLOCUM, Assessor-County Clerk-Recorder, County of San Mateo, State of California, having by law a seal,

Do HEREBY CERTIFY, that JASON POON whose name is subscribed to the Certificate of the proof or acknowledgment of the annexed instrument and thereon written, was at that time of taking such proof or acknowledgment, a Notary Public in and for said County, residing therein, duly commissioned and sworn, and duly authorized by the laws of said state to administer oaths, take acknowledgments and proofs of deeds or conveyances for land, tenements or hereditaments in said State, to be recorded therein. And further that I am well acquainted with the handwriting of such Notary Public, and verily believe that the signature to said Certificate of proof or acknowledgment is genuine, and that said instrument is executed and acknowledged according to the laws of said State. I further certify that an impression of the seals of Notaries Public is not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Assessor-County Clerk-Recorder, this 8th day of July, 2009.

Warren Slocum
Assessor-County Clerk-Recorder

By: Beaz R. de la Vega

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA }

COUNTY OF SAN MATEO }

June 29, 2009 before me, [illegible] Notary Public personally appeared, Jesus Berrios

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(SEAL)

JASON POON
Commission # 1780709
Notary Public - California
San Mateo County
MyComm. Expires Jul 10, 2011

[illegible]

Commission Exp. 7-10-2011

Title or Type of attached Document:

Act of State, Reaffirmation of Character

Date of Document: 6-29-09

Number of Pages: 1



Form: [illegible] / Affida[illegible]
Session: [illegible] Court

[illegible] State
[illegible] of Character
[illegible] Expatriations

I, Jesus: Berrios, by Inter[illegible] being of the age of majority, complete in my faculties, a natural born Divine creation, and a Pri[illegible] constitutional Public survey boundaries within California, a Republic, of the constitutional Townshi[illegible] county, San Mateo, the proper jurisdiction of a Common Law thereto, do solemnly ma[illegible] to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the [illegible] Christ; and an American Sovereign Citizen-Principal in good standing and Behavio[illegible] (absolute owner) inhabitant of the organic United States ("a more perfect union" [illegible] America (1791 to date) as ordained and established, with reservation of all [illegible]. It is, at the same time that I renounce and declare void, ab initio, any and [illegible] means of fictions or otherwise, of any changes in my lawful Citizenship Status [illegible] / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citi[illegible]defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, [illegible] Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNI[illegible] Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STAT[illegible]ATE OF CA, COUNTY OF SAN MATEO, CITY OF DALY CITY, JESUS BERRIOS, JESÚS BERRIOS, J BERRIOS, J[illegible] BERRIOS, JB, or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil", with its "[illegible] Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether b[illegible] law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedin[illegible]. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of [illegible] Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or [illegible] in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, [illegible] of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United S[illegible] Money (United States Dollars silver) that being enumerated in Article I, Section 10, [illegible] for the united States of America (1791 to date) to be multiplied by not only the da[illegible] cause of action. This Declaration is made absolute by the enclosed Apostille (the State o[illegible] Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines o[illegible] Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 16[illegible]ally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days [illegible]ranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, [illegible] errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressio[illegible] Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: SEPTEMBER 26, [illegible]

6-29-09

Me, American, [illegible], Christian, Sentient; — Date
[illegible]ign; Divine [illegible] within North America; within California, a Republic;
"within" a con[illegible]unty and a constitutional township republic.
"[illegible] at the mouths o[illegible] the mouths of three the matter is established."
[illegible]onomy 19:15

6/[illegible] — 6/29/09

Di[illegible] Sentient, and C[illegible] Witness — Date — [illegible], Sentient, and Common Law Witness — Date

Form: publici sui juris [illegible]vit
Session: one Supreme Court

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, JESUS: BERRIOS, do hereby certify the Sentient signature on the Archetype document enclosed to [illegible] This certification is for the

ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate [illegible] / Military / Maritime / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-[illegible]", [illegible], "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to [illegible], Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED [illegible] in the Law, include, but are not limited to, the UNITED STATES, [illegible] CITY OF DALY CITY, JESUS BERRIOS, JESÚS BERRIOS, J BERRIOS, J [illegible]-54-4249, etc. This doctrine of "Piercing the Corporate Veil", with its "[illegible] or otherwise), that all acting as Corporate officers, etc., whether by [illegible] or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"), until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private [illegible] properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United [illegible] Money (United States Dollars silver) that being enumerated in Article I, Section 10, [illegible] for the united States of America (1791 to date) to be multiplied by not only the da[illegible]. This Declaration is made absolute by the enclosed Apostille (the State [illegible]), shall be made final, adopted, and accepted by the Doctrines [illegible] Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. [illegible] a customary and reasonable time of ten (10) consecutive calend[illegible] or otherwise. It will be the President's absolute ministerial duty to identify, [illegible] damages at any time applied and/or attached to Me pursuant to Congressio[illegible] "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: SEPTEMBER 26, [illegible]

[signature] 6-29-09

[illegible] American, Private, Christian, Sentient; Date
[illegible] Inhabitant within North America; within California, a Republic;
[illegible] county and a constitutional township republic.
"[illegible], or at the mouths of three the matter is established."
Deuteronomy 19:15

[signature] 6/29/09 [signature] 6/29/09

Divine, Sentient, and Co[illegible] Date [illegible], Sentient, and Common Law Witness Date

***Form: publici sui ju[illegible]***
**Session: one Supre[illegible]**

**[illegible]**
**Primary [illegible] Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, JESUS BERRIOS, do hereby certify the Sentient signature on the Archetype document enclosed to be a true, correct, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legalisation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

**The State of California**
**The County of San Mateo**

**Acknowledged before me the** 29 **day of** June **2009 A.D.**

[signature]
**Sentient Citizen; Autograph**

**Notary Signature**

NOTARY SEAL

**Apostille Number:**__________

☑ SEE ATTACHED CALIFORNIA NOTARY ACKNOWLEDGEMENT

(applied manually upon issuance)

**NOTICE:**
**All correspondence must be addressed to:**
**Notary Acceptor: Jason Poon -Notary Public**
**c/o 1618 Sullivan Avenue, Daly City, California State [94015]**

Registered Mail #: **RR 969 841 702 US,**

# district court of the United States

INVESTMENT RETRIEVERS INC.
**PLAINTIFF** CASE #
**VS.**

JESUS BERRIOS
**DEFENDANT**

---

**Jesus: Berrios, Sui juris, Real Party in interest, Third Party Intervener and as Power of Attorney and Secured Party Creditor for JESUS BERRIOS,**

**Third Party Plaintiff,**

**IN ADMIRALTY**

**VS.**

INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS. NOTICE TO AGENTS IS NOTICE TO PRINCIPALS
**Third Party Defendants**

---

## VERIFIED AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM

---

Comes now Jesus Berrios, Third Party Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 - 1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

---

AS TO COUNT 1: I, Jesus Berrios am sovereign sentient man who is outside of the defacto corporations and government. I'm domiciled on the soil of the California, Republic. My Diversification of Citizenship is as a Foreign nation of the United States and an American National of the California, Republic. My Act of State under the Hague Convention has declared my free sovereign real man status which has been given Apostille from the Secretary of State and has been submitted as evidence under Exhibit "A" in my filing under Federal District Court. All acts that have been committed against such sovereign man are treason. I believe that the Third Party Defendants DO NOT have lawful proof otherwise.

AS TO COUNT 2: I, Jesus Berrios, the Third Party Plaintiff, Secured Party Creditor, a Natural man, created by God, Demand that the Third Party Defendants; Investment Retrievers Inc., LaJuan E. Wood; Law Offices of LaJuan E. Wood; Lawrence M. Smith; Law Offices of Lawrence M. Smith; and National Credit Acceptance, Inc. produce their Proof of Claim. Pursuant to the Fair Debt Collection Practices Act (the act), 15 U.S.C § 1601 and 1692 et. Seq., the entire amount of referenced purported debt has been disputed, and written request for ***validation*** of the above referenced purported debt has been ignored. The request for validation of the above referenced purported debt is **not** a request for a copy of any invoice, statement, bill, agreement, alleged agreement, contract, or alleged contract; nor is it a request for a copy of any notification or assignment, negotiation, or transfer of rights; nor is it a request for a copy of any other un-verified document or presentment referencing said purported debt. The request for validation of the above referenced purported debt is a request for *bona fide* verification of the above referenced purported debt. Pursuant to the act, said verification validating said purported debt must be in the form of a duly sworn or affirmed *affidavit*, *oath*, or *deposition*, by the ***real party of interest***, verifying the lawful existence of a bona fide debt. I believe the Third Party Defendants DO NOT have lawful Proof of Claim and there is no evidence to the contrary. This is Dishonor in commerce, Theft, Fraud, Conspiracy, and Racketeering.

AS TO COUNT 3: I, Jesus Berrios, presented proof to Third Party Defendants that Wells Fargo Bank Visa # 4856200206559265 was issued to Carl Knighton Haupt with the last known address at 15 East 1200 South, Orem, UT 84058. Mr. Haupt filed for Chapter 7 in the United States Bankruptcy Court, District of Utah on 8/23/2004 Case # 04-33923. The Wells Fargo Bank Visa # 4856200206559265 appears on Schedule F - Creditors Holding Unsecured Non-priority Claims for amount of $2,500.00. According to the United States Bankruptcy Court records Wells Fargo Bank was notified of the action at: Wells Fargo Business Card, Wells Fargo Business Direct, P.O. Box 348750 Sacramento, CA 95834-8750. This account is also listed on the Certificate of Service for said case and this account was discharged by the order of the court on 12/3/04 by the Honorable William T. Thurman. Generally Accepted Accounting Principles (GAAP) and Financial Accounting Standards Board (FASB) guidelines would cause this debt to have been discharged in the accounting records. This is Dishonor in commerce, Theft, Fraud, Conspiracy, and Racketeering.

AS TO COUNT 4: I, Jesus Berrios, have no obligation to Third Party Defendants, as there is not, nor has there ever been any agreement, written, oral or implied between the Third Party Defendants.

AS TO COUNT 5: I, Jesus Berrios, have no obligation to pay Third Party Defendants as the statue of limitations on the alleged debt is time-barred according to the statute of limitations in the State of California which is 4 years. Date of discharge was five years and 4 months ago in Bankruptcy Court. I believe the Third Party Defendants DO NOT have lawful Proof of Claim and there is no evidence to the contrary

AS TO COUNT 6: I, Jesus Berrios, have been repetitively harassed by Third Party Defendants telephonically after pursuant to the Fair Debt Collection Practices Act (the act), 15 U.S.C § 1601 and 1692 that the debt was in dispute. They continued telephone calls two times a day for the past 4 months. The Fair Debt Collection Practices Act at 15 USC § 1692 et seq., states in relevant part that: "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt" which includes "the false representation of the character, or legal status of any debt" and "the threat to take any action that cannot be legally taken"--all of which are violations of Law. 15 U.S.C 1692e (§807) states: "Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed" is a violation of 1692e.

AS TO COUNT 7: I, Jesus Berrios, have been harassed by Third Party Defendants by violating The *Privacy Act* of 1974, 5 U.S.C. § 552a, Public Law No. 93-579, (Dec. 31, 1974) by accessing my spouse's Social Security Number and faxing said Social Security Number to a place of business not related to this matter. Neither is spouse involved in this matter nor was she ever a party. Spouse's private SSN number and credit report should have not been accessed by Third Party Defendants.

AS TO COUNT 8: I, Jesus Berrios, have been harassed by Third Party Defendants in violation of the Fair Debt Collection Practices Act (the act), 15 U.S.C § 1601 and 1692 by threatening collections and garnishment on spouse when spouse is not a party to claim and a legal prenuptial would bar any said attempts. Third Party Defendants harassed my spouse at her employment five times to include attempting to place a garnishment on her payroll warrant. This violation commenced after cause of action commenced in State Court and continued repetitively approximately ten times after written dispute and cause of action in the State Court had commenced.

AS TO COUNT 9: I, Jesus Berrios, have been harassed by Third Party Defendants in violation of the Fair Debt Collection Practices Act (the act), 15 U.S.C § 1601 and 1692 by reporting derogatory credit information to all credit reporting agency regarding the above said disputed purported debt. They have continued to access my credit report on a monthly basis since there collection program commenced.

**2-9 counts are Dishonor in Commerce, Fraud, Theft of Public Funds, Racketeering, and Conspiracy, and I believe there is no evidence to the contrary.**

## OPPORTUNITY TO CURE

The Third Party Defendants have 3 calendar days to cure their Dishonor by the following:

1.  Dismiss any and all claims against the Third Party Plaintiff, with prejudice, restore any and all derogatory credit reporting and/or public filing, release any and all collateral/real estate liens in question on property, reimburse Third Party Plaintiff for all court costs, filing fees and expenses associated with said cases.

2.  Pay $80,000 in damages as indicated by the counterclaim contained herein with lawful Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFR Funds, etc. as needed to satisfy counterclaim herein, OR,

3.  Prove your claims against me by providing me with lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by a preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 3 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Third Party Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Admiralty. Any officer of the court that interferes or involves himself/herself with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are jointly and severally liable for this claim. **Full Power of Attorney:** When INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, fails by not, dismissing, paying, or rebutting by proof of claim, as instructed in # 3 above, to any part of this **"Affidavit of Negative Averment, Opportunity To Cure and Counterclaim"** INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, agree with the granting unto Jesus Berrios, Full **Power of Attorney** and all authorization in signing or endorsing INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, name upon any checks, drafts, money orders, exchanges or any other form of payment in satisfaction of any

obligation of this agreement or any agreement arising from this agreement. INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, grants authorization unto JESUS BERRIOS, for signing any other instrument necessary with or without their logos, brands or other forms of identification, for satisfying the obligation for INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, under this **"Affidavit of Negative Averment, Opportunity To Cure and Counterclaim"** statute staple contract agreement. Bankruptcy cannot discharge any obligations of this agreement. Consent and agreement with this Power of Attorney by INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants, waives all defenses and remains in effect until satisfaction of all obligations INVESTMENT RETRIEVERS INC., BOARD OF DIRECTORS AND PARTNERS; LAW OFFICES OF LAJUAN E. WOOD, PARTNERS AND ASSOCIATES, LAJUAN E. WOOD; LAW OFFICES LAWRENCE M. SMITH, PARTNERS AND ASSOCIATES, LAWRENCE M. SMITH; NATIONAL CREDIT ACCEPTANCE, INC., BOARD OF DIRECTORS AND PARTNERS; Unknown Owners and Non-record Claimants. Non response is Nihil dicit and Tacit Procuration.

---

## COUNTERCLAIM

---

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $10,000.00 (Ten Thousand US Dollars) per count, per violation, Per Third Party Defendant.
2. Failure to respond as outlined herein $10,000.00 (Ten Thousand US Dollars.) per count, per violation, Per Third Party Defendant.
3. Default by non response or incomplete response $10,000.00 (Ten Thousand Dollars) per count, per violation, Per Third Party Defendant.
4. Dishonor In Commerce - $10,000.00 (Ten Thousand Dollars) per count, per violation, Per Third Party Defendant.
5. Fraud - $10,000.00 (Ten Thousand US Dollars) per count, per violation, Per Third Party Defendant.
6. Racketeering - $10,000.00 (Thousand US Dollars) per count, per violation, Per Third Party Defendant.
7. Theft of Public Funds -$10,000.00 (Ten Thousand US Dollars) per count, per violation, Per Third Party Defendant.
8. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $10,000.00 (Ten Thousand US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $10,000.00 (Ten Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days, beginning on the 91st day of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $10,000.00 (Ten Thousand US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.
9. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.

10. Punitive damages will be assessed as the total amount of the damages as outlined herein times three. Punitive damages will be added to the original amount of damages.

Jesus Berrios
Jesus Berrios, Sui Juris
Secured Party Creditor
Date: 3/19/10

**JURAT**

**California, Republic______________ )**
**) ss.**
**San Mateo county____________ )**

The above named Libellant, Jesus Berrios, Executive Trustee for JESUS BERRIOS appeared before me, a Notary, subscribed, sworn to the truth of this contractual **NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

Under oath this 19th day of March, 2010.

______________________________
Notary SEAL

My Commission expires____________________

JASON POON
Commission # 1750709
Notary Public - California
San Mateo County
My Comm. Expires Jul 10, 2011

State of California } ss.
County of San Mateo

Subscribed and sworn to or affirmed before me on this March 19, 2010 BY: Jesus Berrios

Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

______________________________
NOTARY PUBLIC

# AFFIDAVIT OF NOTARY PRESENTMENT

**RR 969 841 702 US**

California, Republic )
) ss.
San Mateo county )

## CERTIFICATION OF MAILING

On this 19th day of March, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Jesus Berrios, appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number Registered Mail # RR 969 841 702 US to Law Offices of Lawrence M. Smith, ATTN: LAWRENCE M. SMITH 4354 Town Center Blvd. # 114 PMB 106, Eldorado Hills, CA 95762;

| | | Number of Pages |
|---|---|---|
| 1. | NOTARY PRESENTMENT | 1 |
| 2. | NOTICE OF REMOVAL | 6 |
| 3. | VERIFIED COMPLAINT AFFIDAVIT, NEGATIVE AVERMENT, OPPORTUNITY TO CURE AND COUNTERCLAIM | 5 |
| 4. | APPEARANCE FORM FOR SPECIAL LIMITED APPEARANCE LITIGANT Sui juris | 1 |

Jesús Berrios, SOVEREIGN, Sui Juris

WITNESS my hand and official seal.

NOTARY PUBLIC ______ DATE 3-19-10

My commission expires: 07/10, 20 11

JASON POON
Commission # 1750709
Notary Public - California
San Mateo County
My Comm. Expires Jul 10, 2011

State of California } ss.
County of San Mateo }
Subscribed and sworn to or affirmed before me on this March 19, 2010 BY: Jesus Berrios

Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY PUBLIC

RECEIVED 10-1-09

PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
LAJUAN E. WOOD Bar# 208473
LAW OFFICES OF LAJUAN E. WOOD
4354 TOWN CENTER BLVD, #114, PMB 106
EL DORADO HILLS CA 95762
TELEPHONE NO: (916) 933-8641
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): INVESTMENT RETRIEVERS, INC.

FOR COURT USE ONLY

**ENDORSED FILED**
**SAN MATEO COUNTY**

AUG 17 2009

Clerk of the Superior Court
By A. Degliantoni
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER,SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY CA 94063
BRANCH NAME: CENTRAL BRANCH

PLAINTIFF: **INVESTMENT RETRIEVERS, INC.**

DEFENDANT: **JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**

☒ DOES 1 TO 10 INCLUSIVE

**CONTRACT**

☒ **COMPLAINT** ☐ **AMENDED COMPLAINT** ***(Number):***

☐ **CROSS-COMPLAINT** ☐ **AMENDED CROSS-COMPLAINT** ***(Number):***

**Jurisdiction *(check all that apply):***
☒ **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** ☒ **does not exceed $10,000**
☐ **exceeds $10,000, but does not exceed $25,000**
☐ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

CASE NUMBER:

**CLJ 486903**

1. PLAINTIFF* *(names)*: **INVESTMENT RETRIEVERS, INC.**
alleges causes of action against DEFENDANT* *(names)*: **JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**
2. This pleading, including attachments and exhibits, consists of the following number of pages:
Each plaintiff named above is a competent adult
3. a.
☒ **except** plaintiff *(name)*: **INVESTMENT RETRIEVERS, INC.**
☒ a corporation qualified to do business in California
☐ an unincorporated entity *(describe)*:
☐ other *(specify)*:

b. ☒ Plaintiff *(name)*: **INVESTMENT RETRIEVERS, INC.**
☐ has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:
☒ has complied with all licensing requirements as a licensed *(specify)*: **Corporation**

c. ☐ Information about additional plaintiffs who are not competent adults is shown in Complaint - Attachment 3c.

4. a. Each defendant named above is a natural person
☐ **except** defendant *(name)*:
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

☐ **except** defendant *(name)*:
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant

| SHORT TITLE: INVESTMENT RETRIEVERS, INC. v. JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC. | CASE NUMBER |
|---|---|

**COMPLAINT Contract**

4. *(Continued)*
   b. The true names and capacities of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers)*: were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☒ Doe defendants *(specify Doe numbers)*: **1-10 inclusive** are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Complaint - Attachment 4c.
   d. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because *(specify)*:

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☒ a defendant entered into the contract here.
   b. ☒ a defendant lived here when the contract was entered into
   c. ☒ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   ☒ Breach of Contract ☒ Common Counts
   ☐ Other *(specify*

   ☒ Other allegations:
   **On or around 07/03/07 Plaintiff procured all right, title, and interest in the credit card account sued herein from its predecessor in interest WELLS FARGO BANK VISA BUSINESS and now has sole interest of the account. Plaintiff notified the Defendant(s) of the sale. Prior to filing suit, Plaintiff caused each defendant to be notified in accordance with CCP 1033(2). A copy of the bill of sale is attached as Exhibit "A".**

10. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of $ **2,625.82**
    b. ☒ interest on the damages
       (1) ☐ according to proof
       (2) ☒ at the rate of **024.24%** percent per year from *(date)*: **06/20/06**
    c. ☒ attorney fees
       (1) ☒ of **$ 656.45**
       (2) ☒ according to proof.(Pursuant to Civil Code 1717)
    d. ☒ other *(specify)*: **For any other relief the court may deem appropriate.**
11. ☐ The following paragraphs of this pleading are alleged on information and belief *(specify paragraph numbers)*:

Dated: **AUG 04 2009**

LAJUAN E. WOOD
(Type or print name)

LaJuan E. Wood
(Signature of plaintiff or attorney)

*(If you wish to verify this pleading, affix a verification.)*

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant

Case3:10-cv-01168-MEJ Document1 Filed03/19/10 Page16 of 32

PLD-C-001(1)

| SHORT TITLE: INVESTMENT RETRIEVERS, INC. v. JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC. | CASE NUMBER |
|---|---|

FIRST (number) **CAUSE OF ACTION – Breach of Contract**

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: **INVESTMENT RETRIEVERS, INC.**
alleges that on or about *(date)*: **03/28/03**
a ☒ written ☐ oral ☐ other *(specify)*:
agreement was made between *(name parties to agreement)*: **Plaintiff's Assignor, WELLS FARGO BANK VISA BUSINESS AND**
**Defendant(s) JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**
☐ A copy of the agreement is attached as Exhibit A, or
☒ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☒ are as follows *(specify)*:

**Defendant applied for and procured credit card(s) from Plaintiff's predecessor in interest under account number 4856200206559265. The credit card was issued subject to the condition that Defendant agrees to abide by all of the terms and conditions of the cardholder agreement, which was attached at the time of delivery of the cards. The credit application and terms and conditions are attached as Exhibit "B". Defendant agreed to make all payments pursuant to the agreement. In the event of default the cardholder agreement provides for a default interest rate of 024.24%.**

BC-2. On or about *(dates)*: **01/31/06**
Defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☒ the following acts *(specify)*:

**Defendant(s) has failed to make the minimum monthly payments as required by the terms and conditions of the cardholder agreement.**

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4 ☒ as follows *(specify)*:

**$ 2,625.82, plus interest at the rate of 024.24% per annum from 06/20/06 pursuant to the terms and conditions of the credit card agreement.**

BC-5. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
☒ of **$ 656.45**
☐ according to proof (pursuant to Civil Code 1717).

BC-6. ☒ Other:
**On or about 07/03/07 Plaintiff bought all right title and interest in the bank credit card agreement from its predecessor in interest WELLS FARGO BANK VISA BUSINESS. Defendant(s) were given written notification of the sale. (C.C.P. 1033(2))**

**Page 3**
**Page 2 of 50**

Form Approved for Optional Use Judicial Council of California | **CAUSE OF ACTION – Breach of Contract** | Civil Code of Procedure, § 425 12

PLD-C-001(2)

| SHORT TITLE: INVESTMENT RETRIEVERS, INC. v. JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC. | CASE NUMBER |
|---|---|

**SECOND** (number) **CAUSE OF ACTION – Common Counts**

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1 Plaintiff *(name)*: **INVESTMENT RETRIEVERS, INC.**

alleges that defendant *(name)*: **JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**

became indebted to ☐ plaintiff ☒other *(name)*: **Plaintiff's Assignor, WELLS FARGO BANK VISA BUSINESS**

a. ☒ within the last four years
- (1) ☐ on an open book account for money due.
- (2) ☒ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff

b. ☐ within the last ☐ two years ☐ four years
- (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
- (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
  - ☐ the sum of $
  - ☐ the reasonable value.
- (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
  - ☐ the sum of $
  - ☐ the reasonable value.
- (4) ☐ for money lent by plaintiff to defendant at defendant's request.
- (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
- (6) ☐ other *(specify)*:

CC-2. $ **2,625.82**, which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☒ at the rate of **024.24** percent per year from *(date)*: **06/20/06**

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
- ☒ of $ **656.45**
- ☐ according to proof (pursuant to Civil Code).

CC-4. ☒ Other:

**Defendant applied for and procured credit card(s) from Plaintiff's predecessor in interest under account number 4856200206559265. The credit card was issued subject to the condition that only after Defendant agree to abide by all of the terms and conditions of the cardholder agreement, which was attached at the time of delivery of the cards. The credit application and terms and conditions are attached as <u>Exhibit "B"</u>. Defendant agreed to make all payments pursuant to the agreement. In the event of default the cardholder agreement provides for a default interest rate of 024.24%.**

PLD-C-001(3)

| SHORT TITLE: INVESTMENT RETRIEVERS, INC. v. JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC. | CASE NUMBER |
|---|---|

**THIRD** (number) **CAUSE OF ACTION – Common Counts**

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: **INVESTMENT RETRIEVERS, INC.**

alleges that defendant *(name)*: **JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**

became indebted to ☐ plaintiff ☒ other *(name)*: **Plaintiff's Assignor, WELLS FARGO BANK VISA BUSINESS**

a. ☐ within the last four years
- (1) ☐ on an open book account for money due.
- (2) ☐ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. ☒ within the last ☐ two years ☒ four years
- (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
- (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
  - ☐ the sum of $
  - ☐ the reasonable value.
- (3) ☒ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
  - ☒ the sum of $ **2,625.82**
  - ☐ the reasonable value.
- (4) ☐ for money lent by plaintiff to defendant at defendant's request.
- (5) ☒ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
- (6) ☐ other *(specify)*:

CC-2. $ **2,625.82**, which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☒ at the rate of **024.24%** percent per year from *(date)*: **06/20/06**

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
- ☒ of $ **656.45**
- ☐ according to proof (pursuant to Civil Code).

CC-4. ☒ Other:

**Defendant applied for and procured credit card(s) from Plaintiff's predecessor in interest under account number 4856200206559265. The credit card was issued subject to the condition that only after Defendant agree to abide by all of the terms and conditions of the cardholder agreement, which was attached at the time of delivery of the cards. The credit application and terms and conditions are attached as <u>Exhibit "B"</u>. Defendant agreed to make all payments pursuant to the agreement. In the event of default the cardholder agreement provides for a default interest rate of 024.24%.**

# Exhibit "A"

34-138

# EXHIBIT C

## ASSIGNMENT AND BILL OF SALE PAGE ONE

**SELLER** (hereinafter called "Seller") has entered into a Receivables Purchase Agreement dated June 28, 2007 ("Agreement") for the sale of Accounts on Exhibit "A", hereto to INVESTMENT RETRIEVERS, INC., (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers, without recourse except as provided for in the Agreement, to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Accounts described in the Agreement and Purchaser assumes the obligations and indemnities as relating to the accounts as relating to the Agreement.

Purchaser and Seller agree that the Purchase Price shall be as stated in Section 2 and Exhibit B of this Agreement.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on JUNE 28 2007.

**SELLER:**

HARVEST CREDIT MANAGEMENT VII, LLC

BY: ______________________

Jacques A. Machol, III, Acting Manager

L 7107

**EXHIBIT III**

**BILL OF SALE AND ASSIGNMENT OF ASSETS**

The undersigned Wells Fargo Bank, N.A. ("**Assignor**") hereby absolutely sells, transfers, assigns, sets-over, quitclaims and conveys to Harvest Credit Management VII, LLC, a limited liability company organized under the laws of the State of Colorado ("**Assignee**") without recourse and without representations or warranties of any type, kind, character or nature, express or implied, all of Assignor's right, title and interest in and to each of the Assets (the "**Assets**") identified in the Asset Schedule ("**Asset Schedule**") attached hereto as **Exhibit II**, together with the right to collect all principal, interest or other proceeds of any kind with respect to the Assets remaining due and owing as of the date hereof (including but not limited to proceeds derived from the conversion, voluntary or involuntary, of any of the Assets into cash or other liquidated property, including, without limitation, insurance proceeds and condemnation awards), from and after the date of this Bill of Sale and Assignment of Assets.

DATED: JUNE 29, 2007.

ASSIGNOR: WELLS FARGO BANK, N.A.

By: [signature]

Name (print): Marc Bernstein

Title: EVP

# Exhibit "B"

# Business Card Acceptance Certificate For Secured and Unsecured Credit

WELLS FARGO

**Business/Cardholder Information**

Business Name INTERNATIONAL GENETRACE INC Business Phone # 415/657-3104

Business Name as it should appear on your card(s) (19 character limit including spaces): INTL GENETRACE INC

Business Street Address 20 NANCY LN City/State/Zip DALY CITY CA 94014-1564

Ownership Type ☐ Sole-Proprietorship ☒ Corporation ☐ Partnership

☐ Other Type of Product/Service software dev

Tax Identification Number (TIN). Social Security number accepted for Sole Proprietorships only 06-1642764

Date Business Established 08/12/2002 No. of Employees 2 Annual Sales $10,000,000

☐ Yes! Set up Overdraft Protection from the Individual Credit Line(s) shown below and cover overdrafts in the Business Checking Account indicated next to the Individual Credit Line limit. An Individual Credit Line may cover overdrafts for only one Business Checking Account up to the available balance of the Individual Credit Line.

☐ Yes! Enroll the business in the BusinessMiles program so the business earns points toward airline tickets. Additional fee applies. The individual listed on the first line below will receive all BusinessMiles points earned by each of the cards issued.

Print the name or names and corresponding individual Credit Line Limit for each person authorized by the business to receive a business credit card. Individual Credit Lines must be in increments of $100 with a minimum of $500 per card. For secured Card applicants, the limit requested must equal the transfer amount to the collateral savings account.

| Individual Name (19 characters maximum, including spaces) | Individual Credit Line Limit | Wells Fargo Business Checking Account No. for Overdraft Protection* |
|---|---|---|
| JESUS BERRIOS | $2,500 | |
| CARL K HAUPT | $2,500 | |
| | $ | |
| | $ | |
| | $ | |
| The total of the individual Credit Lines may be less than but may not exceed the Total Approved Credit Limit. ★ ➡ | $5,000 | ⬅ ★ For the Business Secured Card the total credit limit must be a minimum of $1,000 and a maximum $100,000 |

**Funding the Business Secured Card Collateral Account**

☐ Transfer funds from my current Wells Fargo checking or savings account. The number is

☐ Transfer funds from my checking account at (Name of Financial Institution)

Funds should be transferred from Account Number

Transit Routing Number (The 9 digit number at the bottom of your checks between the two ⑆ symbols)

Foreign Status (if applicable): (Please check if you and ALL other owners signing this agreement are certifying to Foreign Status)

☐ If checked, all account owners must complete and sign a substitute form W-8BEN Certification of Foreign status of Beneficial Owner to prevent forfeiture of all interest payments associated with this account(s).

RECEIVED MAR 27 2003 FILE/BOOKING DEPT CLERK 1

**Owner/Principal Information**

| ■ Owner/Principal 1 | | | | ■ Owner/Principal 2 | | | |
|---|---|---|---|---|---|---|---|
| First, Last Name: JESUS BERRIOS | | | | First, Last Name: CARL K. HAUPT | | | |
| Home Address: 20 NANCY LN | | | | Home Address: 20 NANCY LANE | | | |
| City: DALY CITY | State: CA | Zip: 94014-1564 | | City: DALY CITY | State: CA | Zip: 94014 | |
| Home Phone: 415/657-3104 | Social Security Number: [redacted] | % Ownership: 0 | | Home Phone: | Social Security Number: [redacted] | % Ownership: | |

**Automatic Payment Plan**

☐ Yes, make the Wells Fargo Business Card or Business Secured Card monthly payments for each Individual Credit Line from the following Wells Fargo Business Checking Account Number:

Funds transfer date based on payment due date.

Please select the most convenient Payment Option

☐ Full Payment: 100% of balance shown on statement.

☐ Minimum payment: Equal to the total of interest and fees ($10 minimum) plus any amount past due

**Agreement and Personal Guaranty**

By signing here, I certify that I have read and agree with the Terms and Conditions on the reverse side

x [signature: Jesus Berrios] CFO 3-25-03

(Signature, Owner 1) Title Date

x

(Signature, Owner 2) Title Date

FOR BANK USE ONLY **(Return completed certificate to Business Direct, MAC S1000-020 or fax to 1-888-371-1046. Questions: Contact Business Direct at 1-800-231-9244.)**

Business Name INTERNATIONAL GENETRACE INC Co ID 00114 Date 03/25/2003

Branch/Store Name Van Ness - California AU# 307

Bank Sales Representative (please print) Dat Phan Employee ID #499595 Mac # A0189-011 Phone #415/396-4595

| Instant Credit Reference No. |
|---|
| BAC 603BAC0367084 |

**Wells Fargo**
**Business Direct**
Attn: Credit Support/MAC S1000-020
PO Box 29482, Phoenix AZ 85038

| Approved Amount From BACC |
|---|
| $ 5,000 * |

BBG 7444 (10-02-57788-J)

## TERMS AND CONDITIONS

**By signing the front of this Wells Fargo Business Card Acceptance Certificate ("Certificate")**, I accept on behalf of the business named on the reverse ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing the front of this Certificate, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements.

I certify that I am authorized to submit this Certificate on behalf of the Applicant and that all information and documents made in connection with Certificate, including federal and state income tax returns (if any), are true, correct, and complete. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Certificate and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make a final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the *Wells Fargo* Business Card may be used as evidence of the foregoing authorizations, acceptances, and agreements. For the unsecured Business Card, an Inactive Account Fee of $25 will be assessed to each card used fewer than 12 times during the immediately preceding anniversary year. Any purchase or cash advance transaction qualifies as usage. I understand that if I am not already enrolled in the Wells Fargo online banking service, an online password will be ordered and mailed to my home address upon final credit approval. If the business owner is married, a spouse's signature is not required unless he or she is a co-owner of the business.

I also, in **my individual capacity** (even though I may place a title of other designation next to my signature), jointly and severally unconditionally guarantee and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Certificate and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (i) presentment, demand, protest, and notice of non-payment; (ii) any defense arising by reason of any defense of the Applicant or other guarantor; and (iii) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (i) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness; (ii) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (iii) release or substitute any Applicant, Co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorney's fees in enforcing this guaranty; (ii) this guaranty is made in California and will be governed by California law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

## Additional Information for Wells Fargo Business Secured Card applicants only

Account Agreement and Authorization
I acknowledge that it is a condition of the granting of the Business Secured Card account ("Account") that I open a business account with Wells Fargo Bank, N.A. ("Collateral Account"). In consideration of the opening of the Account I grant to Bank a security interest in, assign, transfer and set over to Bank all rights, title and interest I may have in the Collateral Account, every addition to and replacement or renewal of the Collateral Account, proceeds of the same, as security for the obligations of the Applicant under the Agreement, the *Business Secured Card Customer Agreement ("Customer Agreement")* (including but not limited to interest, fees and costs) and the Terms Applicable to Collateral Account. I agree that Bank has the right to redeem, collect and withdraw any part of the full amount of the Collateral Account upon default under the Customer Agreement, or in the event my Account is terminated by Bank for any reason.

Bank may hold funds on deposit in the Collateral Account for a period of 30 business days following close of the Account to allow all pending charges to post to the Account and to be paid.

## Tax Reporting Information

Withholding Status: Under penalties of perjury, I certify that (1) the number shown on this form is my correct Taxpayer Identification Number, and (2) that I am not subject to backup withholding, either because I have not been notified that I am subject to backup withholding or the IRS has notified me that I am no longer subject to backup withholding Note: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications *required to avoid backup withholding.*

For Sole Proprietors, the social security number of owner 1 (shown on this form) will be used for tax reporting purposes. For all other types of ownership, the Business Tax Identification Number will be used.

## Optional Credit Protection Program

Credit Protection defers payments on your Business Card account for up to 12 months if you become disabled and unable to work. You pay only $0.35 per $100 of your average daily balance each month. Credit Protection is a temporary deferment product only. It is not a waiver or cancellation of any amounts due on your credit account. Fees will be assessed on your average daily balance. You agree to pay the Credit Protection fees as charged based on the total monthly balance for the Primary Account and all Linked Accounts. If Credit Protection fees are not paid in full each month, fees will become part of the account balance and interest will accrue. A disability is defined as an illness or injury that precludes you from performing your daily work duties, subject to certain exceptions described in the program's Terms and Conditions. To request deferment of your Business Card payments, you must be certified disabled by a medical physician. In order to be eligible for deferment, you must have made one or more monthly payments and paid at least one Credit Protection monthly fee before the deferment is requested and approved. The number of months of deferment cannot exceed the number of months paid into Credit Protection. The maximum deferment period is 12 months. Once you have enrolled, you will receive complete Terms and Conditions for the Credit Protection Program. The Credit Protection program is not available to Customers and Primary Accountholders located in Massachusetts, Nebraska, New York, Oregon and Texas.

## TERMS AND CONDITIONS

| | Annual Fee | Annual Percentage Rate | Collateral Account (Security Deposit) Annual Interest Rate | Grace Period for Repayment of the Balance for Purchase | Minimum Payment | Annual Business*Miles* Membership Fee (optional program) |
|---|---|---|---|---|---|---|
| Well Fargo Business Card | $0 | Variable, based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions. | NA | Up to 25 Days | Equal to the total of interest and fees ($10 minimum) plus any overlimit/past due amount. See the Cardholder Agreement for details. | $50 Your annual membership fee will be charged to your account in the first billing cycle. |
| Well Fargo Business Secured Card | $25 per card | Variable, based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions. | 2.5% intro rate for the first year and 0.5% thereafter. Rates subject to change. | Up to 25 Days | Equal to the total of interest and fees ($10 minimum) plus any overlimit/past due amount. See the Cardholder Agreement for details. | $50 Your annual membership fee will be charged to your account in the first billing cycle. |

# WELLS FARGO

## TRADITIONAL and PREMIUM CREDIT MasterCard® and Visa®

### CUSTOMER AGREEMENT and DISCLOSURE STATEMENT

**Effective August 16, 1998**

Dear Cardmember:

Enclosed is your new Customer Agreement and Disclosure Statement. Changes to your Wells Fargo MasterCard or Visa account are noted in *italics*. All terms and conditions associated with your account that are not italicized remain unchanged. If your account is subject to a reduced or special Membership Fee or other special pricing terms (such as a promotional rate, prearranged repayment program, or a change in terms) these terms will remain in effect until their effective period expires or as otherwise disclosed in accompanying supplemental disclosure(s). Please review and keep this document for future reference.

This Agreement along with any supplemental agreements cover your credit card account with Wells Fargo Bank (Arizona), N.A. ("Bank"). If you have a joint account, each account holder has the right to use the account up to the extended credit limit as described below. Each account holder is bound by these terms and each of you individually will be liable for all charges, even if only one of you uses the account. For joint accounts, each individual separately and both individuals together are referred to in this Agreement as "you."

**SIGN YOUR CARD.** Your card is not valid unless you sign it.

**PURCHASES.** You can use your account to purchase goods or services wherever MasterCard or Visa credit cards are accepted.

**CASH ADVANCES.** You can get a Cash Advance (loan) from your account by presenting your Wells Fargo MasterCard/Visa credit card at a bank that accepts MasterCard or Visa; or use your MasterCard/Visa card with your credit card Personal Identification Number (PIN), to obtain up to $500 per day in cash from any Wells Fargo Bank N.A., or an affiliated bank, Express Automated Teller Machine or from any Automated Teller Machine (ATM) which displays any of the logos appearing on your card. (Some ATMs may impose lower daily cash limits.) You can also use your Wells Fargo Express® ATM or Check Card, with your PIN, at any Wells Fargo Express ATM to obtain up to $500 per day in cash or to transfer funds from your credit card account if you linked your credit card account to your Express ATM or Check Card.

**SUPERCHECK™ ADVANCES.** SUPERCHECKS are special checks designed to be used with your Wells Fargo credit card account. You can write a SUPERCHECK as you would a normal bank check. When we receive a SUPERCHECK, we will pay it by advancing (lending) the amount of the check from your credit card account. You may not write a SUPERCHECK as a payment for your Wells Fargo credit card account. *We reserve the right to limit the amount for which you may write any one SUPERCHECK, and to put other conditions on the use of SUPERCHECKS including returning any SUPERCHECK unpaid at our discretion. Only the person whose name is printed on a SUPERCHECK may use it. All SUPERCHECKS must be written in U.S. dollars. We will not certify SUPERCHECKS.*

**OVERDRAFT PROTECTION ADVANCES.** If you request Overdraft Protection and are approved, you can have overdrafts on one Wells Fargo Bank, N.A., or an affiliated bank, checking account automatically covered by an advance from your credit card account. We will automatically transfer enough money to cover the overdraft. *From time to time and at our discretion, we may impose other conditions on the Overdraft Protection service.*

**SPECIAL FEATURES.** You may receive separate information about special features of your MasterCard/Visa account. Your use of such features will be governed both by the terms of this Agreement and by the terms contained in such separate information.

**YOUR PROMISE TO PAY.** You promise to pay us, when due, the total of all purchases and advances you make on your account and the total of any Finance Charges and Other Charges due on the account. You also promise to pay all costs and expenses, including reasonable attorneys' fees, that we incur in enforcing this Agreement.

**ADDITIONAL CARDHOLDERS OR OTHERS USING YOUR ACCOUNT.** You may authorize others to use your account. You may add up to seven additional cardholders to your account at no extra charge. Each additional cardholder will receive a credit card with his or her individual name embossed. You promise to pay for all purchases and advances made by anyone you authorize to use your account, with or without a card, and whether or not you notify us that he or she will be using it, and whether or not he or she exceeds any limits imposed by you. If another person has use of your account and you want to end the person's privilege, you must recover and return that person's credit card, if any. If you do not recover and return the card, you will continue to be liable for any charges made after you have advised us of your wish to cancel the privileges, unless you tell us to cancel all cards and establish a new account for you. *You may telephone us, however you must follow up your call with a notice in writing.* We must receive your written instructions before we can process a change or cancellation.

**FOREIGN TRANSACTIONS.** Payments must be made to us in U.S. dollars drawn on a U.S. Bank. If you effect a credit card transaction at a merchant that settles in a currency other than U.S. dollars, MasterCard and Visa will convert the charge into a U.S. dollar amount. For these transactions, the rate of exchange between the transaction currency and the billable currency is either a wholesale market rate or the government-mandated rate in effect one day prior to MasterCard International and Visa International processing date, increased by 1%. The currency conversion rate used on the processing date may differ from the rate that would have been used on the purchase date or cardholder statement posting date. You agree to pay the converted amount to us in U.S. dollars plus any charge for conversion or processing that may be imposed.

**CREDIT LIMIT.** Your credit limit is shown on your *card carrier and* each of your billing statements. You agree not to use your account in any way that will cause your balance to go over your limit. If you do, we may, at our option, close your account and/or exercise any of our other remedies under this Agreement. You must pay the full amount of your balance which is over the credit limit upon our request. The fact that we do not ask you for that amount as part of the Total Minimum Due shown on your billing statement does not relieve you of your obligation to pay it immediately upon our request. If we increase your credit limit, we will notify you. *We can reduce the amount of your credit line without notice to you except in those situations where notice is required by law. At our discretion, we may place a hold on your available credit up to the amount of your payment whenever a payment is credited to your account.*

**CHANGE IN TERMS OF YOUR ACCOUNT.** We can change any terms of your account at any time. We will provide you with such notice as required by law by mailing a notice to you at the latest address shown in our records. Subject to applicable law, any changes will apply to the current balance of your account as well as to future balances. You may choose to accept or decline a change by keeping your account open or by closing your account and repaying any outstanding balance in full. Your decision to keep your account open after any change will constitute your agreement to the change. If your account is already closed, you may decline the change by repaying any outstanding balance in full; otherwise we will assume that you agree to the change.

**LAW GOVERNING THIS AGREEMENT.** TO THE EXTENT NOT EXPRESSLY PROHIBITED BY APPLICABLE LAW, THIS AGREEMENT AND YOUR ACCOUNT, AS WELL AS OUR RIGHTS AND DUTIES AND YOUR RIGHTS AND DUTIES REGARDING THIS AGREEMENT AND YOUR ACCOUNT, WILL BE GOVERNED BY AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF ARIZONA AND THE UNITED STATES, REGARDLESS OF WHERE YOU MAY RESIDE OR USE YOUR ACCOUNT AT ANY TIME. This choice of law is made because the Bank is a national banking association with its charter in Arizona, and to ensure uniform procedures and interpretation for all of our customers, no matter where they reside or use their accounts. If any term or provision of this agreement is found to be unenforceable, this will not make any other term or provision unenforceable.

**RESOLVING DISPUTES – ARBITRATION PROGRAM.** Maintaining good relationships with our customers is very important to us. We ask you to contact us immediately if you have a problem with one of your accounts or loans with us or a service we provide to you. Often a telephone call will resolve the matter quickly and amicably. However, if you and we are not able to resolve our differences informally, you agree that any dispute between you and us, regardless of when it arose, will be settled, at the option of you or us, using the following procedures.

**YOU UNDERSTAND AND AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, OR A TRIAL BEFORE A JUDGE IN PUBLIC COURT.**

**Disputes.** A dispute is any unresolved disagreement between you and us which relates in any way to accounts, loans, services or agreements subject to this Arbitration Program. It includes any claim or controversy of any kind which arises out of or is in any way related to these accounts, loans, services or agreements. It includes claims based on broken promises or contracts, tort (injury caused by negligent or intentional conduct), breach of fiduciary duty or other wrongful actions. It also includes statutory, common law and equitable claims. A dispute also includes any disagreement about the meaning of this agreement and whether a disagreement is a "dispute" subject to binding arbitration as provided for in this Arbitration Program.

**Binding Arbitration.** Binding arbitration is a means of having one or more independent third parties resolve disputes without using the court system, judges or juries. If either you or we fail to submit to binding arbitration following a lawful demand, the party who fails to submit shall bear all costs and expenses incurred by the party compelling arbitration. Each arbitration, including the selection of arbitrators, will be administered by the American Arbitration Association (the "AAA") pursuant to the commercial arbitration rules of the AAA. Each arbitration will be governed by the provisions of the Federal Arbitration Act (Title 9 of the United States Code), and, to the extent any provisions of that Act is inapplicable, unenforceable or invalid, the laws of the state governing the relationship between us about which the dispute arose. To find how to initiate an arbitration, simply call any office of the AAA.

**Right To Other Remedies Preserved.** Neither this Arbitration Program, nor the exercise of any of the rights you and we have under this Agreement, shall stop you or us from exercising any lawful rights either of us has to use other remedies available for the purpose of (1) preserving, foreclosing or obtaining possession of real or personal property; (2) exercising self help remedies including set off and repossession rights; or (3) obtaining provisional or ancillary remedies such as injunctive relief, sequestration, attachment, garnishment or the appointment of a receiver by a court having jurisdiction.

**Miscellaneous.** The AAA, the arbitrators and their parties, you and we, shall to the extent feasible, take any action necessary to ensure that an arbitration proceeding hereunder is finished within one hundred eighty (180) days of the filing of the dispute with the AAA. Arbitration proceedings shall be conducted in the state in which you reside at a location determined by the AAA. All statutes of limitations applicable to any dispute shall apply to any arbitration between you and us. If a claim is properly filed in a small claims or justice court and if the small claims or justice court has jurisdiction to resolve the claim, including all cross-claims and counterclaims then the party that demands arbitration and removes the claim from the small claims or justice court shall pay the administrative fee of the AAA and the fees, costs and expenses of the arbitrator.

**Judicial Reference (California Only).** If an action or proceeding is commenced by a complaint before any court in California and neither you nor we request that the dispute be submitted to arbitration, then, upon motion by either you or us, the dispute shall be heard by a reference under the provisions of the California Code of Civil Procedure, Section 638 and following. The referee shall be either a practicing attorney or a retired judge. The reference process is not subject to a trial by jury.

**HONORING YOUR CARD.** Wells Fargo Bank (Arizona), N. A., MasterCard International, Inc., and Visa USA/International will not have any responsibility to you if anyone refuses to honor a credit card or SUPERCHECK issued on your account.

**SECURITY FOR THIS ACCOUNT.** Your credit card account is not a secured credit, regardless of any other agreement you have with us or anyone else except that we have a general lien under applicable law on any of your personal property in our possession.

**PAYMENT.** You will receive billing statements from us. The New Balance shown on your statement is the total of all unpaid account obligations which have been posted to your account as of the statement closing date. You can either pay the entire New Balance, or you can pay in installments, but we must receive at least the Total Minimum Due shown on your billing statement by the Payment Due date on that statement. Your Total Minimum Due is 2% of your New Balance (rounded to the next dollar) or $15, whichever is greater, plus previous Total Minimum Due amounts that are past due.

Payments made to your account will be applied *in the order determined by us*. We may accept checks marked "Payment in Full" or words of similar effect without losing any of our rights to collect the full balance of your account. If you intend to pay your account in full with an amount less than the total balance owing on your account, payment must be sent to

Wells Fargo, P.O. Box 4109, Concord, CA 94524-4109. Please note that such payments will not discharge your full debt.

WELLS AUTOMATIC PAYMENT. If you request this optional service, we will automatically transfer the amount of the payment requested by you from your *designated* deposit account to your Wells Fargo credit card account. You are to continue to make payments in the usual manner until you receive notification on your monthly billing statement that the feature is effective. The payment option can be designated by you as one of the following: Full payment; the *Total Minimum Due amount*; a specified dollar amount; or a *percentage* of the New Balance. *The Total Minimum Due amount* will be made if the payment amount designated by you is less than *the Total Minimum Due* amount for that billing period. *The payment will be deducted from your designated deposit account and applied as payment to your credit card account on the Payment Due date. Should this date fall on a Saturday, Sunday or a holiday, the payment will be deducted on the immediately preceding business day. In the event that sufficient funds are not available in the designated deposit account to pay the agreed upon amount, we may assess a Returned Payment Charge and a Late Charge.* We may cancel this service if the transfers are not honored because of insufficient funds in your *designated* deposit account *and a letter advising you of our actions will be mailed to the account address.* Once you have authorized this automatic payment service, call our toll-free number for information if you wish to cancel the service or make option changes.

IMMEDIATE REPAYMENT OF YOUR FULL BALANCE. You will be in default, and we may without notifying you, close your account, cancel all MasterCard/Visa credit cards issued on it and require immediate payment of your entire balance if any of the following occurs: you fail to make a payment when it is due; you do not follow the terms of the Agreement in any way; you have made any false or misleading statement on the application for your account; you fail to *make payments on any other loan account with Wells Fargo Bank (Arizona), N.A. or any of its affiliates*; you become insolvent or die; there is an attachment, execution or levy against your property or you make an assignment for the benefit of creditors; a bankruptcy petition is filed by or against you or your spouse; a guardian, conservator, receiver, custodian or trustee is appointed for you; you are generally not paying your debts as they come due; or there has been a material adverse change in your financial standing.

REEVALUATION OF CREDIT. We can reinvestigate any information you provided on your credit application at any time, and in the course of doing so, we may ask you for additional information, request credit bureau reports and/or otherwise verify your current credit standing.

California Residents: We may also obtain address information at any time from the California Department of Motor Vehicles. You agree to waive the address confidentiality requirements section of the California Vehicle Code (Section 1808.21).

TOTAL FINANCE CHARGE. The Total Finance Charge shown on your billing statement is the sum of the Periodic Monthly Finance Charge, the Transaction Finance Charge and the Minimum Finance Charge as applicable. The method used to determine the balance or balances upon which these are computed is explained below.

PERIODIC MONTHLY FINANCE CHARGE. The Monthly FINANCE CHARGE is figured on your statement closing date by multiplying the Average Daily Balance on your account by the Monthly FINANCE CHARGE Rate. The Monthly FINANCE CHARGE Rate is calculated by dividing the Annual Percentage Rate by 12, *rounded subject to applicable law.*

*The Monthly FINANCE CHARGE Rate for your account may differ from the Monthly FINANCE CHARGE Rate as described below because of special pricing terms such as a promotional rate, prearranged repayment program, accompanying supplemental disclosure or a change in terms. See "CHANGE IN TERMS OF YOUR ACCOUNT" section for more information. You may confirm the current Monthly FINANCE CHARGE Rate(s) in effect for your account at any time by contacting us at 1-800-642-4720. The current Monthly FINANCE CHARGE Rate(s) for your account will also appear on your monthly billing statement. Subject to the above and depending on the account you have, your Monthly FINANCE CHARGE Rate is as follows:*

For Traditional MasterCard and Visa *(including Traditional MasterCard/Visa customers who were cardmembers prior to January 1, 1985; previous Tiered Rate accounts; and previous California Advantage Traditional Rate accounts)*, the Monthly FINANCE CHARGE Rate for Purchases is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of *11.55%*. The Monthly FINANCE CHARGE Rate in effect June 1, 1998 is *1.671%* (*20.05%* ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Purchases will not decrease below *1.604%* (*19.25%* ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Advances is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of *13.55%*. The Monthly FINANCE CHARGE Rate in effect June 1, 1998 is *1.838%* (*22.05%* ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Advances will not decrease below *1.65%* (*19.8%* ANNUAL PERCENTAGE RATE).

For Premium Credit MasterCard and Visa, the Monthly FINANCE CHARGE Rate for Purchases is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of 4%. The Monthly FINANCE CHARGE Rate in effect June 1, 1998 is 1.042% (12.5% ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Purchases will not decrease below *.975%* (11.7% ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Advances is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of 13.55%. The Monthly FINANCE CHARGE Rate in effect June 1, 1998 is 1.838% (22.05% ANNUAL PERCENTAGE RATE). The Monthly FINANCE CHARGE Rate for Advances will not decrease below 1.65% (19.8% ANNUAL PERCENTAGE RATE).

The "Prime Rate" we use is the *highest* Prime Rate published in the "Money Rates" column of the Wall Street Journal (Western Edition) on the fifteenth of each month. If the fifteenth falls on a Saturday, Sunday, or holiday when the Wall Street Journal is not published, the Prime Rate published on the next business day will be used. If the Prime Rate is no longer published, quoted, is discontinued or otherwise becomes unavailable, we will select as a successor any index not prohibited by law.

The Monthly FINANCE CHARGE Rate and corresponding ANNUAL PERCENTAGE RATE may change each month as the Prime Rate changes. Any increase or decrease in your Monthly FINANCE CHARGE Rate will be effective the first day of the next month and will apply to both current and future balances on your account. The Monthly FINANCE CHARGE Rate will continue to vary even if your account is closed. Any increase *or decrease* in the Monthly FINANCE CHARGE Rate will *lengthen or reduce the time period in which you pay off your outstanding balance if you only make Minimum Payments, and/or increase or decrease the total amount of Finance Charges you will pay on your account over what you would have paid at the prior* Monthly FINANCE CHARGE Rate.

Average Daily Balance (Including *New* Transactions). To calculate your Average Daily Balance, we calculate the daily balance for each day in the billing period, add all the daily balances together and divide that total amount by the number of days in the billing period.

We calculate the Daily Balance for Advances by starting with the beginning balances related to Advances plus any related unpaid Finance or Transaction Charges on your account each day and then we add the amount of all new Advances *as of the date of the Advance*, and subtract the amount of any payments or credits applied to Advances and Advance related Finance or Transaction Charges.

Note: "Advances" include Overdraft Protection Advances, SUPERCHECK Advances and Cash Advances from ATMs and other sources. *Gaming chip, wire transfer, money order, travelers check, tax payment, off-track wager, other wager, or lottery ticket transactions will be treated as Advances.* Balance transfers will continue to be included in Advances unless disclosed otherwise.

We calculate the Daily Balance for Purchases by starting with the beginning balances related to Purchases plus any related unpaid Finance, Transaction or Other Charges on your account each day and then we add the amount of all new Purchases *as of the date of the Purchase*, and subtract the amount of any payments or credits applied to Purchases and Purchase related Finance, Transaction or Other Charges.

Note: "Purchases" include purchases, and all other charges described in the OTHER CHARGES section of this Agreement.

*The amount of any unpaid Finance Charges, Transaction Charges, Credit Insurance Premiums or Other Charges will be included in the calculation of the Average Daily Balance starting on the first day of the billing period following the period in which the charge posts to your account.*

If the New Balance from your previous statement was paid in full by the Payment Due date, or if that New Balance was zero, then your Daily Balance will not include any Purchases. In this case, your Average Daily Balance will be based only on the Advances portion of your daily balance.

—— *THE SECTION BELOW TAKES EFFECT OCTOBER 1, 1998* ——

PERIODIC MONTHLY FINANCE CHARGE. *The monthly FINANCE CHARGE is figured by multiplying the Average Daily Balance during the billing cycle by the number of days in the billing cycle with the product multiplied by the Daily FINANCE CHARGE Rate for each type of balance on your account. The Daily FINANCE CHARGE Rate is calculated by dividing the Annual Percentage Rate by 365.*

*The Daily FINANCE CHARGE Rate for your account may differ from the Daily FINANCE CHARGE Rate as described below, because of special pricing terms such as a promotional rate, prearranged repayment program, accompanying supplemental disclosure or a change in terms. See "CHANGE IN TERMS OF YOUR ACCOUNT" section. You may confirm the current Daily FINANCE CHARGE Rate(s) in effect for your account at any time by contacting us at 1-800-642-4720. The current Daily FINANCE CHARGE Rate(s) for your account will also appear on your monthly billing statement. Subject to the above, your Daily FINANCE CHARGE Rate is as follows:*

For Traditional MasterCard and Visa (including Traditional MasterCard/Visa customers who were cardmembers prior to January 1, 1985; previous Tiered Rate accounts; and previous California Advantage Traditional Rate accounts), the *Daily* FINANCE CHARGE Rate for Purchases is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of *11.55%*. Using the Prime Rate in effect June 1, 1998, the *Daily* FINANCE CHARGE Rate is *.05493%* (20.05% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Purchases will not decrease below *.05273%* (19.25% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Advances is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of *13.55%*. Using the Prime Rate in effect June 1, 1998, the *Daily* FINANCE CHARGE Rate is *.06041%* (22.05% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Advances will not decrease below *.05424%* (19.8% ANNUAL PERCENTAGE RATE).

For Premium Credit MasterCard and Visa, the *Daily* FINANCE CHARGE Rate for Purchases is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of 4%. Using the Prime Rate in effect June 1, 1998, the *Daily* FINANCE CHARGE Rate is *.03424%* (12.5% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Purchases will not decrease below *.03205%* (11.7% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Advances is a variable rate, subject to change monthly, based on the Prime Rate plus a spread of 13.55%. Using the Prime Rate in effect June 1, 1998, the *Daily* FINANCE CHARGE Rate is *.06041%* (22.05% ANNUAL PERCENTAGE RATE). The *Daily* FINANCE CHARGE Rate for Advances will not decrease below *.05424%* (19.8% ANNUAL PERCENTAGE RATE).

The "Prime Rate" we use is the *highest* Prime Rate published in the "Money Rates" column of the Wall Street Journal (Western Edition) on the fifteenth of each month. If the fifteenth falls on a Saturday, Sunday, or holiday when the Wall Street Journal is not published, the Prime Rate published on the next business day will be used. If the Prime Rate is no longer published, quoted, is discontinued or otherwise becomes unavailable, we will select as a successor any index not prohibited by law.

The *Daily* FINANCE CHARGE Rate and corresponding ANNUAL PERCENTAGE RATE may change each month as the Prime Rate changes. Any increase or decrease in your *Daily* FINANCE CHARGE Rate will be effective the first day of the next month and will apply to both current and future balances on your account. The *Daily* FINANCE CHARGE Rate will continue to vary even if your account is closed. Any increase *or decrease* in the *Daily*

FINANCE CHARGE Rate will *lengthen or reduce the time period in which you pay off your outstanding balance if you only make Minimum Payments, and/or increase or decrease the total amount of Finance Charges you will pay on your account over what you would have paid at the prior Daily* FINANCE CHARGE Rate.

**Average Daily Balance (Including New Transactions).** To calculate your Average Daily Balance, we calculate the daily balance for each day in the billing period, add the daily balances together and divide that amount by the number of days in the billing period.

**Computing Daily Balances For Advances.** *We calculate the Daily Balance for Advances by starting with the beginning balances related to Advances plus any related Finance or Transaction Charges on your account each day and we add the amount of all new Advances as of the date of the Advance, and also add a Finance Charge amount equal to the previous day's balance of Advances multiplied by the Daily FINANCE CHARGE Rate applicable to your account. We subtract the amount of any payments or credits applied to Advances and Advance related Finance or Transaction Charges.*

Note: "Advances" include Overdraft Protection Advances, SUPERCHECK Advances and Cash Advances from ATMs and other sources. *Gaming chip, wire transfer, money order, travelers check, tax payment, off-track wager, other wager, or lottery ticket transactions will be treated as Advances.* Balance transfers will continue to be included in Advances unless disclosed otherwise.

**Computing Daily Balances For Purchases.** *We calculate the Daily Balance for Purchases by starting with the beginning balances related to Purchases plus any related Finance, Transaction or Other Charges on your account each day and we add the amount of all new Purchases as of the date of the Purchase, and also add a Finance Charge amount equal to the previous day's balance of Purchases multiplied by the Daily FINANCE CHARGE Rate applicable to your account. We subtract the amount of any payments or credits applied to Purchases and Purchase related Finance, Transaction or Other Charges.*

Note: "Purchases" include purchases, and all other charges described in the OTHER CHARGES section of this Agreement.

*If you have elected credit insurance, the amount of any Credit Insurance Premiums will be included in the calculation of the Daily Balance starting on the first day of the billing period following the period in which the charge posts to your account.*

——— ***End of Section That is Effective October 1, 1998*** ———

**Transaction FINANCE CHARGE.** The Transaction FINANCE CHARGE is a one-time charge assessed on the date a new Advance is posted to your account. Since Transaction FINANCE CHARGES must be included in calculating the Annual Percentage Rate, the "Composite ANNUAL PERCENTAGE RATE" shown on your periodic statement may exceed the "Corresponding ANNUAL PERCENTAGE RATE (APR)" in any month in which a new Advance is posted to your account.

- The charge for each Overdraft Protection Advance is *$7.50.*
- The charge for each Cash Advance obtained through an Express ATM or any other ATM, *whether the cash is withdrawn or transferred from your credit card account to another account*, is the greater of $3 or 4% of the amount of the advance.
- The charge for each SUPERCHECK Advance is the greater of $5 or 4% of the amount of the advance.
- The charge for each Cash Advance obtained through any other source *(includes gaming chip, wire transfer, money order, travelers check, tax payment, off-track wager, other wager, or lottery ticket)* is the greater of $10 or 4% of the amount of the advance.

**When Finance Charge Begins.** Finance Charge for Purchases and Advances will accrue *from the transaction date (or the first day of the billing cycle, whichever is later)* unless you have paid in full the New Balance by the Payment Due date as both are shown on your previous statement, or your New Balance was zero. In that case, during the current billing period, no Finance Charge will be imposed on any new Purchases. Finance Charge will be imposed on any new Advances.

**Grace Period.** If we receive payment in full of the New Balance by the Payment Due date, no additional Finance Charge will be imposed on the Purchases portion of that New Balance during the billing period. This 20 to 25 day period is referred to as the grace period. You will be charged Finance Charges on that New Balance after any default under this Agreement. There is no grace period for Advances. All balances related to Advances are subject to Finance Charge from the transaction date to the date paid in full.

**Minimum FINANCE CHARGE.** The Minimum FINANCE CHARGE is $1 whenever a FINANCE CHARGE is imposed. Since a Minimum FINANCE CHARGE must be included in calculating the Annual Percentage Rate, the "Composite ANNUAL PERCENTAGE RATE" shown on your periodic statement may exceed the "Corresponding ANNUAL PERCENTAGE RATE (APR)" in any month in which a Minimum FINANCE CHARGE is imposed.

**OTHER CHARGES.** The Total of Other Charges is the sum of:

**Membership Fee.** An annual Membership Fee of $18 for Standard and $45 for Gold or Platinum Rewards accounts will be assessed for services rendered and for maintaining your account throughout the year. Your Membership Fee will be billed to your account during the same "renewal month" each year. If we assign your account a renewal month other than the month of your first billing statement, we may assess a partial Membership Fee prorated for the period until the first renewal month. All Membership Fees are payable when posted to your account and are nonrefundable.

**Credit Insurance.** Credit insurance is not a requirement of this account. Should you choose to have insurance added to your account, the premium will be calculated at the end of each month based on the method disclosed to you at the time you signed up for the insurance. If you close your account, the insurance coverage and premiums will continue to be charged provided there is an outstanding balance on your account. You may cancel this insurance at any time and we have the right to cancel your insurance should you not comply with the terms outlined in this Agreement.

**Late Charge.** If we do not receive your Total Minimum Due by the Payment Due date shown on your previous billing statement, we may impose a late charge of *$29.*

**Overlimit Charge.** If the balance on your account exceeds the credit limit we may impose an overlimit charge of *$29.*

**Returned Payment Charge.** We may charge your account *$29* each time your check or other payment instrument (including automatic payment) is not honored for any reason. If you make any payment with a single check to be applied to your credit card account and any other account(s) with the Bank, a Return Payment Charge of *$29* will be assessed against each account if that check is not honored for any reason.

**Stop Payment Charge.** The charge for each SUPERCHECK stop-payment is $10.

**Service Fee.** *If your account is closed with an outstanding balance, we may charge a Service Fee of $1.50 per month for maintaining your account and services rendered. All Service Fees are payable when posted to your account and are nonrefundable.*

**Charge for Research.** If you request research on your account or authorize others to request it, we will charge $5 for each sales slip copy we provide, and $20 per hour for our research services, including locating and making copies of billing statements. We will not charge these fees if you are making an inquiry about an error on your bill and you follow the procedures described under Your Billing Rights.

**IF YOU CHANGE YOUR NAME, ADDRESS OR TELEPHONE NUMBER(S).** You agree to notify us within 20 days in writing if you change your name, your home or mailing address, or home or business telephone numbers.

**OUR RIGHT TO CANCEL YOUR ACCOUNT.** We can cancel your account at any time without notice to you except in those situations where notice is required by law. If we cancel your account, you agree to destroy all credit cards issued on your account. You will continue to be responsible for full payment of the balance on your account and all charges to your account, including those not yet received by us, as well as subsequent Finance and Other Charges.

**IF YOUR CARD IS LOST OR STOLEN OR IF UNAUTHORIZED USE MAY OCCUR.** You agree to notify us immediately if your card is ever lost or stolen or if unauthorized use may occur. The telephone number to call is shown on your card carrier and on the back of your billing statement. You also agree to follow up your call with a notice in writing. You agree to assist us in determining the facts, circumstances and other pertinent information relating to any loss, theft or possible unauthorized use of your credit card(s) and to comply with such procedures as we may require in connection with our investigation.

**LIABILITY FOR UNAUTHORIZED USE.**

- **Credit Card.** We may hold you liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify us orally at 1-800-642-4720 or in writing to Wells Fargo, Consumer Banking Group, P.O. Box 272580, Concord, CA 94527-2580, of the loss, theft, or possible unauthorized use. In any case your liability will not exceed $50.
- **SUPERCHECK.** We will retain a photocopy of each SUPERCHECK check you write, but we will not return the cancelled check to you. You must promptly examine your statement and notify us if you believe any SUPERCHECK entry is improper or unauthorized. At that time, we will make appropriate photocopies available to you. Your liability for any check with an unauthorized signature or alteration will be governed by the Uniform Commercial Code.

**SHARING INFORMATION.** You agree that the Bank may provide your name, address and other information about you to our affiliates or to third parties to provide services relating to your account or to offer other products and services. We are not obligated to release any such information to anyone unless we are required by law to do so.

**From time to time, we may share credit information about you with our affiliates to determine your eligibility for other products and services. If you do not want us to share information with our affiliates, please write to: Wells Fargo, Customer Service Department, P.O. Box 4017, Concord, CA 94524-4017.**

You agree that we may release information to credit bureaus regarding the status and history of your account. If you feel for any reason that inaccurate information may have been reported to a credit bureau regarding your account, please write to us at: Wells Fargo, P.O. Box 4051, Concord, CA 94524-4051.

**WAIVERS.** If for any reason, we do not make use of any of our rights under this Agreement on a particular occasion, that will not limit our rights in the future in any way.

**TELEPHONE COMMUNICATIONS.** To ensure that your inquiries are handled promptly, courteously, and accurately, some telephone calls between Bank employees and our customers may be monitored and recorded by supervisory or management personnel. You also agree to accept calls from the Bank which may begin with a taped message.

**OUR ADDRESSES.**
For payments: Wells Fargo, Consumer Banking Group, P.O. Box 29475, Phoenix, AZ 85038-9475.
For general inquiries: Wells Fargo, Consumer Banking Group, P.O. Box 4044, Concord, CA 94524-4044.

**YOUR BILLING RIGHTS.**
**Keep This Notice For Future Use.**
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill.**
If you need clarification on any item on your bill, please call us right away at 1-800-642-4720. Often we can clear things up in one easy phone call. If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at:

**Wells Fargo**
**Consumer Banking Group**
**P.O. Box 4048**
**Concord, CA 94524-4048**

Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice.**
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct. After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is. If we don't follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases.**
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and

(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

We are pleased to serve your credit card needs as a Wells Fargo credit card customer. The information about the terms and cost of the card described in this Customer Agreement and Disclosure Statement and any supplemental disclosures are accurate as of the effective date. This information may have changed after that date. To find out what may have changed, call us or write to us.

**WELLS FARGO**

Consumer Banking Group
P.O. Box 4044
Concord, CA 94524-4044
or
P.O. Box 29476
Phoenix, AZ 85038-9476
Call toll-free 1-800-642-4720
Hearing and Speech Impaired Customers, call the TDD number (925) 686-7337

M38643 CC143 (6/98)

## SAN MATEO COUNTY SUPERIOR SUPERIOR COURT OF CALIFORNIA

## CENTRAL BRANCH JURISDICTION

## STATEMENT OF CLASSIFICATION AND LOCATION

CASE NAME: Investment Retrievers, Inc. v. JESUS BERRIOS,

CLASSIFICATION:
- ☐ General Civil
- ☒ Civil Collections
- ☐ Unlawful Detainer

Please check ONE of the following statements to indicate the basis for your filing of the Compliant in this Judicial District and fill in the address.

☐ 1. Cause of Action arose in this judicial district. Address of the cause of action is:

Street City State Zip Code

☐ 2. Property located in this judicial district. The address of the property is:

Street City State Zip Code

☐ 3. Tort occurred in this judicial district. The address of the tort is:

Street City State Zip Code

☐ 4. Contract entered into or to be performed in this judicial district. The address where contract entered into or to be performed is:

Street City State Zip Code

☒ 5. Defendant resides in this judicial district. The address of the defendant is:

**20 NANCY LN** **DALY CITY, CA 94014**

Street City State Zip Code

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct and that this Declaration was executed **AUG 04 2009** at El Dorado Hills, California.

DATED: **AUG 04 2009**

LAJUAN E. WOOD SBN#208473
Attorney for Plaintiff

# SUMMONS
# (CITATION JUDICIAL)

NOTICE TO DEFENDANT:
(AVISO AL DEMAND ADO):
JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.
DOES 1 TO 10 INCLUSIVE

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTA DEMANDANDO EL DEMANDANTE)*
INVESTMENT RETRIEVERS, INC

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
SAN MATEO COUNTY
AUG 1 7 2009
Clerk of the Superior Court
By A. Degliantoni
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filling fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta pro escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le queda mas cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le de un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero, y bienes sin mas advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Servicies, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO
400 COUNTY CENTER,SECOND FLOOR
REDWOOD CITY CA 94063
CENTRAL BRANCH, LIMITED CIVIL CASE

CASE NUMBER
*(Número del Caso):*
CIV 486903

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAJUAN E. WOOD, SBN. 208473
LAW OFFICES OF LAJUAN E. WOOD
4354 TOWN CENTER BLVD, #114 PMB 106
EL DORADO HILLS CA 95762

Telephone: (916) 933-8641
Facsimile: (916) 941-3913

DATE *(Fecha)*: AUG 17 2009 JOHN C. FITTON Clerk, by *(Secretario)* A. DEGLIANTONI, Deputy *(Adjunto)*

*(For Proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Servicie of Summons, (POS-010))*

[SEAL]

**NOTICE TO THE PERSON SERVED**: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ Other :

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
Sum-100 [Rev. January 1, 2007]

SUMMONS

Code of Civil Procedures §§ 412 20, 465

Case3:10-cv-01168-MEJ Document1 Filed03/19/10 Page31 of 32

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
LAJUAN E. WOOD, SBN 208473 TELEPHONE (916) 933-8641
LAW OFFICES OF LAJUAN E. WOOD FACSIMILE (916) 941-3913
4354 Town Center Blvd. #114 PMB 106
El Dorado Hills CA 95762

ATTORNEY FOR: **INVESTMENT RETRIEVERS, INC.**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 COUNTY CENTER,SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY CA 94063
BRANCH NAME: CENTRAL BRANCH JUDICIAL DISTRICT

FOR COURT USE ONLY

RECEIVED
AUG 17 2009
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

CASE NAME: **INVESTMENT RETRIEVERS, INC. vs. JESUS BERRIOS individually and dba INTERNATIONAL GENETRACE, INC.**

**CIVIL CASE COVER SHEET**

☐ **Unlimited** (Amount demanded exceeds $25,000)
☒ **Limited** (Amount demanded $25,000 or less)

**COMPLEX CASE DESIGNATION**

☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CLJ 486903
JUDGE:
DEPT:

*Items 1-5 below must be completed (see instructions on page 2.)*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☒ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (*not specified above*) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (*not specified above*) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial post judgment judicial supervision
3. Type of remedies sought (*check all that apply*):
   a. ☒ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action (*specify*): 2
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: AUG 04 2009

LAJUAN E. WOOD, SBN 208473
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 3.220, 3.400-3.403; Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

APPEARANCE FORM FOR SPECIAL LIMITED APPEARANCE LITIGANT Sui juris

**'district court of the United States'**

Information entered on this form is required for any real party of interest filing a case in this court as a Special Limited Appearance Sui Juris party (that is, without an attorney and with full rights.)

NAME: Jesus:Berrios, Plaintiff, Sovereign Private Man, Sui juris, Secured Party Creditor, appearing in Special Appearance, Sui Juris as Executive Trustee and Beneficiary of:

JESUS BERRIOS Ens Legis Trust,

STREET ADDRESS: C/O 20 Nancy Lane,

CITY/STATE/ZIP: Daly City, California, Republic; non domestic, without U.S., near [94014]

PHONE NUMBER: 415-657-3104

ORIGINAL SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO CASE NUMBER: CLJ 486903

NEW FEDERAL CASE NUMBER:

SIGNATURE OF Sovereign Man, Plaintiff, Jesus: Berrios

Jesus: Berrios Date: 3-19-10

Jesus: Berrios, Sui juris